# Exhibit "A"

# IN THE COURT OF COMMON PLEAS OF LUZERNE COUNTY, PENNSYLVANIA

DISCOVER BANK,
        Plaintiff

vs.

                                                                          Civil Action No. 2018-08840

JOHN ALAIMO,
        Defendant(s)

## NOTICE TO DEFEND – CIVIL

You have been sued in Court. If you wish to defend against the claim set forth in the following papers, you must take action within twenty (20) days after this complaint and notice are served by entering an appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without any further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

LEGAL SERVICES OF NORTHEASTERN PENNSYLVANIA INC
410 BICENTENNIAL BLDG.,
15 PUBLIC SQUARE
WILKES-BARRE, PA 18702
570-825-8567

LAWYER REFERRAL SERVICE:
PENNSYLVANIA LAWYER REFERRAL SERVICE
800-692-7375